**FILED**

SEP 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kenneth T. Fibich
FIBICH, HAMPTON, LEEBRON, L.L.P
Five Houston Center, 1401 McKinney, Suite 1800
Houston, Texas 77010-9998
Telephone: 713-751-0025
Facsimile: 713-751-0030

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Tresa Abney,<br>　　　　　Plaintiff,<br>　　　v.<br>Pfizer Inc, et al.,<br>　　　　　Defendants. | Case No.: 05-5387 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiff and Defendants, in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the Plaintiff named therein with

//
//
//
//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: July 2, 2010    By: /s/ Terry Fibich

Kenneth T. Fibich
**FIBICH, HAMPTON, LEEBRON, L.L.P**
Five Houston Center, 1401 McKinney, Suite 1800
Houston, Texas 77010-9998
Telephone: 713-751-0025
Facsimile: 713-751-0030

*Attorneys for Plaintiff*

DATED: July 6, 2010    By: /s/

Michelle W. Sadowsky
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4625
Facsimile: 212-884-8675

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9-28-2010

Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE